**FILED**

US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Jan 5, 2018

OFFICE OF THE CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.S 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ *western* DISTRICT OF ARKANSAS
_____ . DIVISION

CASE NO. _____18-4002_____

I.    Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Willie Munn
ADC# 0860 92    114 Hempstrad 58
Address: OZan Ark 71855

Name of plaintiff: _____
ADC# _____

Address: _____

Name of plaintiff: _____
ADC# _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Ren Brown, Et, Al
Position: Police officer & Parole officer
Place of employment: Hope Arkansas
Address: 312 South Washington Hope Ark 71801

Name of defendant: Christine Williams
Position: Parole Officer
Place of employment: Hope Ark.

Address: _700 South Elm Hope Ark 71801_

Name of defendant: _Mr Johnson_

Position: _Supervisor Manger_

Place of employment: _Hope Ark_

Address: _700 South Elm Hope Ark 71806_

Name of defendant: _Lisa Willis Wilkison_

Position: _Hearing Examer_

Place of employment: _Little Rock served at_

Address: _700 South Elm Hope Ark 71801_

II.   Are you suing the defendant in:

    ❑ Official capacity only
    ❑ Personal capacity only
    ❑ Both official and personal capacity

III.   Previous Lawsuits
    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____ No _NO_

    B.   If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        Yes _____   No _____

        ❑ Parties to the previous lawsuit:

        Plaintiffs _____

        _____

        Defendants: _____

        _____

        ❑ Court (if federal court, name the district; if state court, name the county):

☐ Docket Number: _____

☐ Name of Judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV.  Place of Present confinement: _____

_____

V.  At the time of the alleged incident(s), were you:
    (Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

__V__ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _IN Jail oN Revocation Hearing_
    _11-27-17_

VI.  The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?
    Yes __✓__ No _____

B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
    Yes __✓__ No _____  _File A Appeal with Parole Board_

4

If not, why? _____

_____

VII.  **Statement of claim**

State here (as briefly as possible) the facts of you case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This Is A Complaint Against MR Brown
Miss Williams MR Johnson, United
States, For Wrongful Imprisment.
Intentional Inflictied Of Emotional
Stress, On 11-20-17 The Defendant's
Gave Me A 7 day Sanction Place me
In Jail, On Jan 13 2017 The Defendant's
Gave me A 7 day Sanction, And Then
Took me To A Reveratiion And Gave me
90 day In Jail, I Was Sent To A
I.V.P. Program In Malvin The First
time, And 90 day In Prescott Jail
Or A.N.Co If A Bed Became Open,
No Evidence, No Officer of The
Police Force testified, The Charges
Was Dismissed, But I Had Been
Violated Before I Went To court
Deny me Due Process Of Law, Restrain.
My Liberty, 8th Amend, 14th Amend
Of Equal Protection Of The Law
Just Arbartary And Conjucture
Statement's. Double Jeopdy

## VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

A Trial By Jury

500,000,00 Compensatory Damages

500,000,00 Mental Angust

500,000,00. Puntive Damages

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.

Executed on this ___30___ day of ___Nov___, 20 _17_.

_____

_____

**Signature(s) of Plaintiff(s)**

Att Mr Scott Howard

Arkansas Post Prison Transefe Board
Willie Munn ADC 80042
        Vs
Parole Officer
Christen William Ren Brown
Mr Johnson.

        Brief support of 42 § 1983
Comes Now Willie Munn ADC
80042. And Respectfully Ask
The Parole Board To up hole
His Constitutional Right's
And Give Him Due Process
Of Law. The Parole Officer
Has Alledge A Lots of Arbartary
And Conjucture Statement's
In Which Iam Not guity of.
    The 5th Amend states In Part
[N]o Person Shall Deprive Any
Person of Life Liberty or Property
Without Due Process Of Law.
I was charge with Some
misdemenor's But was Not Given
The oppertunity To Address
Them. Before Mrs William s
file Them on my Recommendat
iong,

The 14th Amend States IN
Part INTo State Shall Deprive
ANY Person Of Life Liberty
Or Property Without Due
Process Of Law. Nor DenY
To ANY person within ITS
Jurdriction The Equal Protection
Of The Law, I have BeN Given
3 day's And 7 day's Satation
And I Served 90 day IN January
OF 2017, WheN Under Act 570
I Should have GottaN A
Satation Then, I was SenteNce
Twice BY mrs William First
7 day, Then 90 daYs, I Just
Ask Not To Be violated I
Take care mY Blind Mother
She 82 Total Blind And need
24 Hour Severation Services.
Attached Is A copY From Her
Doctor, IF You All Lock me
up mY mom will have To
Be Committed To The Nursing
Home, I Take care of Her
This mY First Violation

Under The New Act I am
Not Asking For Sympathy, But
Empathy, So I can Take care
Of my mom. The Law say
That The parole Board could
Lodge It warrant For The
Retaken of my parole But
Suppose To hold It In Abayence
until The Final Dispition
of The New Charge's said
If I Be Quuitted of Thoes
charge It Would Remove The
Basic For The Revocation.
I Just Got Out The Hospital.
I Have A eye Appointment
On Nov 14, Doctor person In
Texarkana Ark, I have To have
Catatract Removed I cant see
Well, Also my Doctor perscribed
my Hydrocoden And Tylonal
(4) which show Dirty uren Test
But A white officer Told
Mrs williams ~~That~~ That It
will offset the Michien To
Read postive For ~~Ilicsit~~ Iliicts
Drugs



ON 11-20-17 MY parole
officer mrs D william's
when I Reported Lock me
up And place A 7 day Jail
Sanction on me Took
Me To Clark County And
Lock me up Never Gave me
A white warrant, Then
Took me To A parole Hearing
On 11-27-17 For The same
Sanction I feel Like
That's Double Jeorpdy
Violation of my 5th 8th
And 14th Amend Rights
Of The States And united
States Constitutionals Rights
She Also Alledge All other
Arbartary And conjucture
Statement's Which Is In
The Jurisdiction Branch
which have Not Be Address
And I have Not Been Formal
Charge or Convicted of
Them. Due 12-5-17 First APPearan

I Reported And Ask For A
uren Test on The 3dr But
Was Denied, Also Was
Denied A uren Test on The
28th of oct. The New Charges
Are only mis'denors Not Felony's
The Carry Fins only If Any
Jail time I wont be But 3 to
10 day's They usually suspended
Any Jail time, I Just only
Ask That I Be Given The
Process of my 5th 8th And
14th Amendment of The state
And united States Constitutional
Right's I have Not Been Found
guity of Any crime only Accused

                    Willie mun

            Respectfully Submitted
I Williemun Declere under The
penalty of perjury That The Information
Herein Is True And Correct To
The Best of my Knowledge

**Arkansas Community Correction**
**Sanction to TVP Request**

Agent/Officer:  Williams, Christian D
Client:  Munn, Willie
ADC #:  080042
Date:  Fri Jan 13 13:38:47 CST 2017

**Violations/Recommendations/Comments**

OFFENSES:
Failure to Cooperate with PPO Directive - 1st Offense: On January 11, 2017, Willie Munn failed to cooperate with verbal commands to open the door of a residence he was at with two other convicted felons.

Failure to Report 1st (Offender Not Present): Willie Munn was released from jail on December 23, 2016. He failed to report to his supervising officer within 24 hours or next business day.

Failure to pay supervision fees 1st off $70 : Willie Munn is currently $175 in arrears on supervision fees.

Association - 1st Offense : Willie Munn willingly associated with two convicted felons, Lisa Hawkins and John Poindexter, while on parole supervision.

Misdemeanor Arrest - Resisting Arrest, Fleeing, or Escape: On, or around December 23, 2016, Willie Munn committed the offenses of Shoplifting, Resisting Arrest, and Public Intoxication

**Recommended Interventions**

INTERVENTIONS:
Offender Unavailable for Sanction

DEVIATIONS:
Recommend TVC
Recommend TVC
Recommend TVC
Recommend TVC

**Additional Recommendations/Comments**

The offender has not been reporting as directed. He did not report after being arrested on 12/23/16 for Shoplifting, Resisting Arrest, and Public Intoxication. He is currently $175 in arrears. On January 11, 2017, the offender was willingly associating with two convicted felons, Lisa Hawkins and John Pointdexter. The three of them were in the same residence. While being with the two, he failed to cooperate with officers by not opening the door to the residence after receiving verbal commands from law enforcement officers. Request Sanction to TVP.

Christian D William , Probation/Parole
Officer                              01/13/2017

_____          _____
PPO Name and Title                      Date

*Christian D. Williams*

_____
PPO Signature

Jason R Johnson , Assistant Area
Manager (ACC)                       01/13/2017

Location:                     114 Hempstead 58 Ozan, Arkansas

SUMMARY

CSN Number:                   1261464
SS Number:                    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
Date of Sentence:             08/09/2011
Term:                         004 Y 011 M 019 D    Number of Prior Terms:
County(s):                    Howard
                              Hempstead
                              Howard
                              Hempstead
                              Howard
                              Nevada
                              Howard
Crime(s):                     Criminal Mischief-1st Degree
                              Manu/Delv/Poss Control Subs.
                              Advertise Drug Paraphernalia
                              Fleeing
                              Manu/Delv/Poss Control Subs.
Date of Birth:                07/04/1956
Race:   Black                 Gender:  ☑ Male  ☐ Female
Date of Prob./Parole:
07/21/2016                    Date Rules/Conditions Read:   07/21/2016

Type Of Release:              ☐ Regular Parolee (RES) ☐ Boot Camp (BC) ☐ Compact ☑ Transfer Parolee
                              (TRF)
                              ☐ EPA ☐ Probation ☐ Act 94 ☐ Act 378 ☐ Act 814

Discharge Date:               07/11/2021

                                         **FOM Form 25a - OPTION A** (Rev 10/31/00) **S-5**
                                                                              **OTCT110**

On August 9, 2011, Willie Munn appeared in the Howard County Circuit Court in
CR-2010-123, Theft of Property. He was sentenced by the Court to ten (10)
years in the Arkansas Department of Correction.

On July 16, 2013, Willie Munn was released from the Arkansas Department of
Correction to parole supervision in Hempstead County, Arkansas.

On January 8, 2015, Willie Munn was revoked to the Arkansas Department of
Correction for violating terms of his parole supervision.

On April 1, 2015, Willie Munn appeared in the Howard County Circuit Court in
CR-2014-143, Possession of Drug Paraphernalia. He was sentenced by the
Court to four (4) years in the Arkansas Department of Correction with an
additional two (2) years Suspended Imposition of Sentence.

On July 21, 2016, Willie Munn was released from the Arkansas Department of
Correction to parole supervision in Hempstead County, Arkansas under the
following special conditions: Employment Plan, Total Abstinence, Curfew, CS
hours, Periodic testing, and Alcohol\Drug Aftercare.

On January 19, 2017, Willie Munn waived his rights to a sanction hearing to
spend a 90-day term in the Technical Violator's Program.

On April 24, 2017, he was released from the Technical Violator's Program to
parole supervision in Hempstead County, Arkansas.

**Additional Information:** (label at left of above paragraphs)

Since his return to parole supervision, Willie Munn has not reported as directed. He reported employment. He tested positive for illicit drugs. He has failed to fully cooperate with treatment. He did not pay his supervision fees timely. He has been sanctioned to jail and has had two (2) AAM conference. The offender still continues to violated the terms of his parole supervision. As a result, a parole violation report is warranted. Munn is eligible for the Technical Violator's Program at this time.

**History:**

Willie Munn has possessed and consumed controlled substances as evidence by positive drug tests on April 27, 2017 for Cocaine and Heroin\Opiate.

During an office visit on May 10, 2017, Willie Munn was directed to report to the office on May 24, 2017, he failed to report as directed. His supervision was reengaged.

During an office visit on August 14, 2017, he was directed to report September 6, 2017. He failed to report as directed.

Willie Munn has possessed and consumed controlled substances as evidence by positive drug tests on August 2, 2017 for Cocaine.

Facts of Violation:

During an office visit on August 2, 2017, Willie Munn was directed to report for a substance abuse assessment on August 9, 2017. He failed to report as directed. On August 28, 2017, he reported for SAPL assessment and was enrolled in classes for six weeks and informed to report weekly for class to begin on September 11, 2017. On September 18, 2017, he failed to report as directed for class.

On September 22, 2017, a home visit was conducted at Munn's approved residence, 114 Hempstead 58 Ozan, Arkansas. The offender was not present. A letter was left at the residence with family instructing the offender to report on September 27, 2017. He did not report as directed.

Willie Munn is mandated to pay $35.00 per month for supervision fees to the Arkansas Community Correction. As of September 28, 2017, Munn owes $385.00.

Willie Munn failed to adhere to the following special conditions of parole: Total Abstinence and Alcohol\Drug Aftercare

Subject's Statement:     n/a

Violations:

Condition No. 1: Reports. Willie Munn failed to report as directed on May 24, 2017, August 9, 2017, September 6, 2017, September 18, 2017, and September 27, 2017.

Condition No. 6: Alcohol\Controlled Substances. Willie Munn has consumed controlled substances while on parole supervision as evidenced by positive drug tests on April 27, 2017 and August 2, 2017.

Condition No. 8: Supervision fees. Willie Munn is $385.00 in arrears on supervision fees.

Condition No. 9: Cooperation. Willie Munn failed to cooperate with his supervising officer. He failed to report to SAPL assessment on August 9, 2017 and failed to report to Substance Abuse Education class on September 18, 2017 or there after as directed.

*1.0*

<u>Condition No. 12: Special Conditions. Munn failed to adhere to the following
conditions of parole: Total Abstinence and Alcohol\Drug Aftercare.</u>

**Potential witnesses at
the Revocation Hearing
may include:**

**Warrant:**

Type:          ☑ Absconder  ☐ TV  ☐ Reprimand

PPO
Name:     Williams, Christian D          Date: <u>09/28/2017</u>  Time: <u>14:17:38</u>

Parole Board Decision:

Type:          ☐ No Warrant Issued  ☑ Absconder  ☐ TV  ☐ Reprimand

PB
Name:     Little, Amy (Christie) C          Date: <u>09/29/2017</u>  Time: <u>12:22:44</u>

*Christian D. Williams*  <u>09/28/2017</u>

---

**Parole/Probation Officer's Signature**     Signature Date

<u>09/28/2017</u>

---

**Area Supervisor's Signature**     Signature Date     I Concur ☑  I Do Not Concur ☐

*l l*



**Arkansas Community Correction**

# ACC

**Serving Justice**

# Act 570 Jail Days Sanction

Pursuant to Arkansas Law section 16-93-306 pertaining to probationers and section 16-93-712 pertaining to parolees, a person on active probation or parole supervision in the State of Arkansas may be incarcerated for up to 7 days when he/she is in violation of his/her supervision conditions.

Under the authority vested in me, _Clark_ (City or County Jail) name) is hereby requested to take into custody:

Offender Name: _Willie Munn_
PID # (if on probation)_____ or ADC # (if on parole): _080042_
and hold him/her until (date): _11/20-11/27_ (this time must not exceed 7 days).

_7 days_



_Christian D. Williams_                    _11/20/17_
Parole/Probation Officer/Agent Signature          Date

_____          _11/20/17_
Supervisor's Signature                    Date

**Official Seal** — Arkansas Community Correction

1 2



**Arkansas Community Correction**
**Office of Adult Probation and Parole**
**700 South Elm Street**
**Hope, Arkansas  71801**
**(870) 777-2445   Fax (870) 777-2170**

---

TO: Clark County Jail                              November 20, 2017

From:  Christian D. Williams, Probation\Parole Officer II

RE: Willie Munn ADC #080042

---

Willie Munn was scheduled to have a parole hearing on November 20, 2017. The hearing did not occur. A parole revocation hearing will be scheduled for him for next week on November 27, 2017 at 9:30 a.m. ACC staff will be responsible for the offender being transported to and from your facility.

If you have any questions, you may call me at (870) 777-2445, 870-397-4697

*Christian D. Williams*

Christian D. Williams, Probation\Parole Officer II

---

*"There is good in all people; how we deal with them determines how much of it we see."*

CSN #  1261464

Warrant # PB  17007932

# WARRANT
### FOR RETAKING PRISONER (Technical Violation)

TO ANY PAROLE OFFICER OR ANY LAW ENFORCEMENT OFFICER authorized to serve criminal process:

Whereas, Munn, Willie, SS# 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, ADC# 080042
was committed to the Arkansas Department of Correction, to serve a term of imprisonment, and said subject
was conditionally released by order of the Arkansas Board of Parole;

AND WHEREAS, having reasonable cause to believe the above-named subject, a prisoner of the State of
Arkansas, conditionally released, has violated the release agreement as alleged in a report from his/her
supervising officer;

NOW THEREFORE, by virtue of the authority vested in the Board, I declare the release of said subject to be
suspended and order that the subject be retaken and held in custody at any suitable detention facility pending
disposition of the charges; I hereby authorize and require you to so retake subject; and for doing so, this shall
be your sufficient warrant.

GIVEN under my hand and seal this 8th day of November, 2017.

_____
for Arkansas Board of Parole

Note: Subject is listed as WANTED as a conditional release violator.
If apprehended, notify the FBI, Arkansas State Police or Arkansas
Community Correction.

I certify that I have this date rendered service of this warrant by
delivering a true and exact copy to the above-named subject at
_700 800 Sruth Elm Hope, AR_

| Christian Williams **Officer** | 11/27/17 |
|---|---|
| Name          Title | Date |

_____          _____
Receiving Official                              Date



**Arkansas Board of Parole**

*14*



ARKANSAS PAROLE BOARD
NOTICE OF RIGHT TO APPEAL REVOCATION

Offender Name: Munn, Willie, ADC#: 080042

I understand that my release from either the Arkansas Department of Correction or Arkansas Community Correction is conditional and subject to my continued adherence to the orders/conditions of the Arkansas Parole Board (the Board).

I understand that failure to comply with any, or all, of these conditions may result in the revocation of my release and my re-incarceration for the remainder of my sentence.

I understand that if my parole/transfer is revoked, I may appeal the Parole Revocation Judge's decision by submitting a written appeal to the Board within thirty (30) days from the date of the revocation hearing disposition unless the time period requirement is waived by the Board.

I understand that the appeal must be made in writing and signed by myself or my attorney.

I understand that appeals submitted by persons other than myself or my attorney will not be accepted by the Board.

I understand that the Board will only consider <u>one (1)</u> appeal for each revocation and any subsequent appeal(s) will not be considered by the Board.

I understand that the Board's decision regarding my appeal is final and not subject to any other consideration by the Board.

| | | |
|---|---|---|
| Munn, Willie | 11-27-17 | *Willie Munn* |
| Offender's Printed Name | Date | Offender's Signature |
| | | |
| Christian D William | 11/27/2017 | *Christian D. Williams* |
| Witness's Printed Name | Date | Witness's Signature |

/5



**ARKANSAS PAROLE BOARD**
**DISPOSITION OF PAROLE REVOCATION HEARING**

IN THE MATTER OF Munn, Willie, PID# 0123945, ADC# 080042

On 11/27/2017, a revocation hearing was held before the undersigned Hearing Judge, for the Arkansas Parole Board, to determine whether the above-named offender violated one or more of the conditions of parole, and, if so, whether his/her parole should be revoked.

On the basis of the information considered at the hearing, it is held:

- ○ The decision on the alleged violation(s) has been deferred for the following reason(s):
- ○ Offender has not violated any of the conditions of release and is ordered to continue on supervision.
- ◉ Offender has violated the following conditions of release:

| | | |
|---|---|---|
| ☐ #1-Reports | ☐ #5-Weapons | ☑ #9-Cooperation |
| ☐ #2-Employment/Education | ☐ #6-Alcohol/Controlled Substances | ☐ #10-Search/Seizure |
| ☐ #3-Residence/Travel | ☑ #7-Association | ☐ #11-Waiver of Extradition |
| ☐ #4-Laws | ☑ #8-Supervision Fees | ☑ #12-Special Conditions (Please specify below) |

**Special Conditions**

and  ☑ the parole granted to the above-named offender is hereby *revoked* and offender is ordered to be placed in the custody of the

☑ Arkansas Department of Correction or the,  ☐ Arkansas Community Correction or the,  ☐ Arkansas Community Correction SSP (check one) for violating condition(s)

| | | |
|---|---|---|
| ☐ #1-Reports | ☐ #5-Weapons | ☑ #9-Cooperation |
| ☐ #2-Employment/Education | ☐ #6-Alcohol/Controlled Substances | ☐ #10-Search/Seizure |
| ☐ #3-Residence/Travel | ☑ #7-Association | ☐ #11-Waiver of Extradition |
| ☐ #4-Laws | ☑ #8-Supervision Fees | ☑ #12-Special Conditions |

**Comments**

Offender is to remain incarcerated for 90 days contingent upon good behavior and a valid home plan at the expiration of 90 days. Failure to comply with these requirements will result in the offender being considered for release in accordance with a six month revocation.

Offender will be scheduled to appear before the Arkansas Parole Board during the month of May 2018 for parole consideration.

If the above-named offender is revoked to, and subsequently determined to be ineligible for, the Arkansas Community Correction, he/she will be transferred to the Arkansas Department of Correction.

☐ The time period specified above is suspended upon the condition that offender enters and completes the *Technical Violators Program*, subject to eligibility and adherence to the program rules. Offender must attend aftercare counseling as directed. All Board imposed conditions will remain in effect.

☐ The final disposition is *deferred* pending the outcome of the new charge(s) and/or any new violation(s). All Board imposed conditions will remain in effect.

☐ The parole granted to the above-named offender is *not revoked* and subject is continued on supervision. All Board imposed conditions will remain in effect.

A summary of the information considered and the reason(s) for the action taken will be forwarded to the parties herein. Appeal of this decision must be made in writing to the Arkansas Parole Board, 105 West Capitol, Suite 500, Little Rock,

*16*

Arkansas 72201, within thirty (30) days from the date of this hearing.

_____        11/27/2017
Hearing Judge Signature                 _____
                                        Hearing Date

I certify the above listed offender was verbally informed of the hearing judge's decision or recommendation immediately following the hearing.

_____        11/27/2017
Witness                                 _____
                                        Date

1:10 PM

11/20/2017

**Allcare Pharmacy #2**
717 SOUTH MAIN ST
HOPE, AR 71801
Phone:(870) 777-4643 Fax:(870) 777-1331
Fed. Id:71-0434491 NABP:0403446
NPI:1184794265

Profile From:01/01/2015 thru 11/20/2017

**MUNN, WILLIE**
114 HEMPSTEAD 58
OZAN, AR 71855
Phone:(870) 983-3020 Cell:(870) 826-4263
DOB: 07/08/1956

| Fill Date | Rx Num. | Qty | Drug | Doctor | Copay | Fill Number |
|---|---|---|---|---|---|---|
| 11/07/2017 | 1362267 | 1 | *TRUEDRAW MIS LANC DEV | ROWE, JENNIFER L | $25.680 | |
| 07/10/2017 | 1349358 | 1 | *TRUEDRAW MIS LANC DEV | PARKER, L JOSEPH | $25.680 | |
| 11/07/2017 | 1362265 | 30 | ALLOPURINOL 300MG | GOINS, DALE E | $1.000 | |
| 06/19/2017 | 1347118 | 30 | ALLOPURINOL 300MG | PARKER, L JOSEPH | $1.000 | |
| 11/07/2017 | 1362263 | 30 | AMLODIPINE 10MG | GOINS, DALE E | $1.000 | |
| 10/10/2017 | 1347119 | 30 | AMLODIPINE 10MG | PARKER, L JOSEPH | $1.001 | |
| 09/15/2017 | 1347119 | 30 | AMLODIPINE 10MG | PARKER, L JOSEPH | $10.002 | |
| 09/01/2017 | 1347217 | 30 | AMLODIPINE 10MG | PARKER, L JOSEPH | $1.001 | |
| 07/12/2017 | 1347217 | 30 | AMLODIPINE 10MG | PARKER, L JOSEPH | $1.000 | |
| 06/19/2017 | 1347119 | 30 | AMLODIPINE 10MG | PARKER, L JOSEPH | $0.501 | |
| 12/20/2016 | 1324480 | 30 | AMLODIPINE 10MG | DUNCAN, DONALD E | $0.501 | |
| 10/02/2017 | 1324480 | 30 | AMLODIPINE 10MG | DUNCAN, DONALD E | $0.500 | |
| 10/02/2017 | 433259 | 15 | *OXYCODONE 5/325MG | EXUM, RONALD | $1.000 | |
| 11/03/2017 | 1357862 | 5 | MELOXICAM 7.5MG | EXUM, RONALD | $4.000 | |
| 10/03/2017 | 1349145 | 60 | METFORMIN 1000MG | DUNCAN, DONALD E | $1.001 | |
| 09/05/2017 | 1349145 | 60 | METFORMIN 1000MG | DUNCAN, DONALD E | $1.000 | |
| 08/11/2017 | 1347121 | 60 | METFORMIN 1000MG | PARKER, L JOSEPH | $1.002 | |
| 07/07/2017 | 1347121 | 60 | METFORMIN 1000MG | PARKER, L JOSEPH | $1.001 | |
| 11/07/2017 | 1347121 | 60 | METFORMIN 1000MG | PARKER, L JOSEPH | $1.000 | |
| 11/07/2017 | 1324478 | 60 | METFORMIN 1000MG | DUNCAN, DONALD E | $0.500 | |
| 11/07/2017 | 1362261 | 30 | METFORMIN 25MG | DUNCAN, DONALD E | $0.500 | |
| 09/05/2017 | 1347120 | 60 | METOPROL TAR 50MG | GOINS, DALE E | $1.000 | |
| 08/11/2017 | 1347120 | 60 | METOPROL TAR 50MG | PARKER, L JOSEPH | $1.002 | |
| 06/19/2017 | 1347120 | 60 | METOPROL TAR 50MG | PARKER, L JOSEPH | $1.001 | |
| 06/19/2017 | 1324477 | 60 | METOPROL TAR 50MG | PARKER, L JOSEPH | $1.000 | |
| 12/20/2016 | 1324477 | 60 | METOPROL TAR 50MG | DUNCAN, DONALD E | $0.501 | |
| 11/07/2017 | 1362289 | 28 | NICOTINE TD DIS 21MG/24H | DUNCAN, DONALD E | $0.000 | |
| 11/07/2017 | 1362264 | 30 | RANITIDINE 150MG | GOINS, DALE E | $1.000 | |

Pharmacist _____

1 OF 2

1:10 PM

11/20/2017

Allcare Pharmacy #2
717 SOUTH MAIN ST
HOPE, AR 71801
Phone:(870) 777-4643 Fax:(870) 777-1331
Fed. 1d:71-0434491 NABP-0403446
NPI:1184794265

MUNN, WILLIE
114 HEMPSTEAD 58
OZAN, AR 71855
Phone:(870) 983-3020 Cell:(870) 826-4263
DOB: 07/08/1956

| Fill Date | Rx Num. | Qty | Drug | Doctor | Copay | Fill Number |
|---|---|---|---|---|---|---|
| 08/11/2017 | 149144 | 30 | RANITIDINE 150MG | DUNCAN, DONALD E | $1.00 | |
| 07/07/2017 | 149144 | 30 | RANITIDINE 150MG | DUNCAN, DONALD E | $1.00 | |
| 11/07/2017 | 1362260 | 100 | TRUE METRIX TES GLUCOSE | ROWE, JENNIFER L | $86.81 | |
| 10/03/2017 | 1349356 | 100 | TRUE METRIX TES GLUCOSE | PARKER, L JOSEPH | $86.81 | |
| 09/05/2017 | 1349356 | 100 | TRUE METRIX TES GLUCOSE | PARKER, L JOSEPH | $86.81 | |
| 07/10/2017 | 1349356 | 100 | TRUE METRIX TES GLUCOSE | PARKER, L JOSEPH | $86.81 | |
| 07/10/2017 | 1349356 | 100 | TRUE METRIX TES GLUCOSE | PARKER, L JOSEPH | $86.81 | |
| 11/07/2017 | 1362266 | 100 | TRUPLUS LANC MIS 28G | ROWE, JENNIFER L | $27.16 | |
| 10/03/2017 | 1349357 | 100 | TRUPLUS LANC MIS 28G | PARKER, L JOSEPH | $27.16 | |
| 09/05/2017 | 1349357 | 100 | TRUPLUS LANC MIS 28G | PARKER, L JOSEPH | $27.16 | |
| 07/10/2017 | 1349357 | 100 | TRUPLUS LANC MIS 28G | PARKER, L JOSEPH | $27.16 | |

$543.74

Pharmacist _____

2 OF 2

November 14, 2017
9:30:54 am

**District Court Of Hempstead County**

Page 1 of 1

**Docket**

**Case #:** CR-16-5944

145 Mulberry, Ozan , Arkansas 71855

### Defendant Information

**Name:** Munn, Willie

**Attorney:**

**Age:** 61  **DOB:** 07/08/56
**Ht:** 5.05  **Sex:** Male
**Wt:** 160  **Race:** Black

**SSN:** 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
**DL #:** AR / 920119331
**Employer:** Unemployed

**HmPhone:** (870)983-2913  **SID:**
**WrkPhone:**  **NCIC:**
**FP:**

### Case Information

**Case #:** CR-16-5944  **Filing Date:**  **Case Type:** Criminal  **Case Category:** Obstructing Justice  **First Appear Date:** 04/04/17

### Charge Document Information

**Chrg Doc#:** 1001933757
**Viol Date:** 12/21/16
**Filing Date:** 12/27/16
  **Type:** Criminal Citation
  **Juris:** City Of Hope
**PIN#:**
**Officer:** Perez, Thomas

**Accident:** No
**Radar:** No
**Paced:** No
**Seatbelt:** No
**Speed:** 0 / 0
**BAC:** 0.00

**Booking#:**
**Jail:**
**Release:**
**Release Date:**
**Bond Amt:** $ 0.00
**Bond Co:**
**Statute#:** 5-54-103

**Comments:** charge off as credit for time served.  /trk/hem005816188

### Charge Information

| Chrg Doc#: | Chrg#: | Cnt#: | Off#: | Charge | Plea | Finding | Disposition |
|---|---|---|---|---|---|---|---|
| 1001933757 | 1 | 1 | 1 | Resisting Arrest | NONE | Dismissed | Finding Entered |

Witness(s)/Victim(s)/Interpreter(s):

I hereby certify that this is a true and
correct copy of the original on file in my office.
ATTEST:
Clerk of the District Court in
Hempstead County, Hope, AR
_____  Date _____
Shelly Ratcliff, Clerk
By Deputy

### Time Pay Contract Information

| Contract# | Date | Start Date | Type | Pay Freq | MinPayAmt | Pay by Date | Balance | Status | Last Pay Date |
|---|---|---|---|---|---|---|---|---|---|
| TP-17-1914 | 11/06/17 | 12/05/17 | Sentence | Monthly | $ 50.00 | | $ 410.00 | Current | |

**Description** Fine, Cost, Fee & Restitution  **Start** 04/04/17  **Due** 04/04/17  **Mon** Yes  **Unit**  **T/P#**

**Order Total:** $ 325.00  **Adj Total:** $ 325.00  **Total Receipts:** $ 0.00

### Order Information

| Chrg Doc# | Chrg# | Date | Description | Start | Due | Mon | Unit | T/P# | Qty Amt | Susp Qty |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001933757 | 1 | 04/04/17 | Fine, Cost, Fee & Restitution | 04/04/17 | 04/04/17 | Yes | | $ 0.00 | $ 325.00 | $ 0.00 |

**Balance:** $ 0.00

### Event Information

| Date | Description | Chrg# | Employe | Event Text |
|---|---|---|---|---|
| 12/27/16 | Charge Document | | SLJ | Charge Document# 1001933757 filed 12/27/16.  Initial Assessment for $205.00 of Fine; $100.00 of Cost; Fees of ($20.00 for Jail Booking and Admin Fee;) for Total Fees of $20.00 ; for a Total Amount of $325.00. |
| 12/27/16 | Activity | | SLJ | Initially Set for Arraignment on Tue 02/07/17 at 09:00 AM. |
| 02/14/17 | Disposition | | JH | In Court ( Arraignment on 02/07/17) Judge ( Yocom, Tony) Orders Failure to Appear Warrant for Defendant.  Prosecutor ( Short, Joe) present. |
| 03/28/17 | Activity | | JH | Hearing Scheduled to 04/04/17 ( Arraignment). |
| 04/04/17 | PleaFindDispo | | JH | In Court ( Arraignment On 04/04/17), On Chrg# 1 ( 5-54-103-Resisting Arrest ).  Court Dismissed This Charge For The Reason Of - No Reason Given.  Finding Entered. |
| 04/04/17 | Order | | JH | In Court ( Arraignment On 04/04/17), On Chrg#1 ( 5-54-103-Resisting Arrest), Fine, Cost, Fee & Restitution Order Vacated Due To Finding Of Dismissed.  Charge Off As Credit For Time Served. |
| 04/04/17 | Disposition | | JH | Case Hearing( Arraignment on 04/04/17) Completed by presiding Judge ( Yocom, Tony) Prosecutor ( Short, Joe) present. |

November 14, 2017
9:30:5: 'm

District Court Of Hempstead County

Page 1 of 2

**Docket**

**Case #:** CR-16-5943

**Defendant Information**

**Name:** Munn, Willie                                                    145 Mulberry, Ozan , Arkansas  71855

| | |
|---|---|
| **DOB:** 07/08/56 | **HmPhone:** (870)983-2913 **SID:** |
| **Sex:** Male | **WrkPhone:** , **NCIC:** |
| **Age:** 61 | **FP:** |
| **Ht:** 5.05 | |
| **Wt:** 160 | |
| **Race:** Black | |

**SSN:** 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
**DL #:** AR / 920119331
**Employer:** Unemployed

**Attorney:**

**Case Information**

**Case #:** CR-16-5943    **Filing Date:**    **Case Type:** Criminal    **Case Category:** AOC Misd.-Property    **First Appear Date:** 04/04/17

**Charge Document Information**

**Chrg Doc#:** 1001933757
**Viol Date:** 12/21/16
**Filing Date:** 12/27/16
**Type:** Criminal Citation
**Juris:** City Of Hope
**PIN#:** 20163115
**Officer:** Perez, Thomas

| | |
|---|---|
| **Accident:** No | **Booking#:** |
| **Radar:** No | **Jail:** |
| **Paced:** No | **Release:** |
| **Seatbelt:** No | **Release Date:** |
| **Speed:** 0 / 0 | **Bond Amt:** $ 0.00 |
| **BAC:** 0.00 | **Bond Co:** |
| | **Statute#:** 5-36-103 |

I hereby certify that this is a true and correct copy of the original on file in my office.

ATTEST:
Clerk of the  District Court in
Hempstead County, Hope, AR

_____ Witness(s) Victim(s) and Officer(s):
Sheriff/Circuit Clerk

by Deputy _____    **Date**

**Comments:** Super One/charge off as credit for time served.   /trk#hem005816188

**Charge Information**

| **Chrg Doc#:** | **Chrg#** | **Cnt#:** | **Off#:** | **Charge** |
|---|---|---|---|---|
| 1001933757 | 1 | 1 | 1 | Theft Of Property |

**Plea** NONE    **Finding** Dismissed    **Status** Current    **Disposition** Finding Entered

**Balance** $ 410.00

**Time Pay Contract Information**

| **Contract#** | **Date** | **Start Date** | **Type** | **Pay Freq** | **Description** | **MinPayAmt** | **Pay by Date** | **Start** | **Due** | **Mon** | **Unit** | **T/P #** | **Qty Amt** | **Susp Qty** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TP-17-1914 | 11/06/17 | 12/05/17 | Sentence | Monthly | Fine, Cost, Fee & Restitution | $ 50.00 | | 04/04/17 | 04/04/17 | Yes | | | $ 625.00 | $ 0.00 |

**Order Total:** $ 625.00    **Adj Total:** $ 625.00    **Total Receipts:** $ 0.00    **Balance:** $ 0.00

**Order Information**

| **Chrg Doc#** | **Chrg#** | **Date** | **Type** |
|---|---|---|---|
| 1001933757 | 1 | 04/04/17 | Sentence |

**Order Total:** $ 625.00    **Last Pay Date**

**Event Information**

| **Date** | **Description** | **Employee** | **Event Text** |
|---|---|---|---|
| 12/27/16 | Charge Document | SLJ | Charge Document# 1001933757 filed 12/27/16.  Initial Assessment for $505.00 of Fine; $100.00 of Cost; Fees of ($20.00 for Jail Booking and Admin Fee;) for Total Fees of $20.00 ; for a Total Amount of $625.00. |
| 12/27/16 | Activity | SLJ | Initially Set for Arraignment on Tue 02/07/17 at 09:00 AM. |
| 02/14/17 | Disposition | JH | In Court ( Arraignment on 02/07/17) Judge ( Yocom, Tony) Orders Failure to Appear Warrant for Defendant.  Prosecutor ( Short, Joe) present. |
| 02/28/17 | DL Suspension | JH | DL Suspended (Arkansas) on 02/28/17 for reason of Failure To Appear. |
| 03/28/17 | Activity | JH | Hearing Scheduled to 04/04/17 ( Arraignment). |
| 04/04/17 | PleaFindDispo | JH | In Court ( Arraignment On 04/04/17), On Chrg# 1 ( 5-36-103-Theft Of Property ).  Court Dismissed This Charge For The Reason Of - No Reason Given.  Finding Entered. |
| 04/04/17 | Order | JH | In Court ( Arraignment on 04/04/17), On Chrg# 1 ( 5-36-103-Theft Of Property), Fine, Cost, Fee & Restitution Order Vacated Due To Finding Of Dismissed. Charge Off As Credit For Time Served. |

November 14, 2017
9:30:59 am

Page 2 of 2

**District Court Of Hempstead County**

**Docket**

**Case #:** CR-16-5943

| 04/04/17 | Disposition | JH | Case Hearing( Arraignment on 04/04/17) Completed by presiding Judge ( Yocom, Tony) .Prosecutor ( Short, Joe) present. |
| 04/05/17 | DL-Reinstatement | JH | DL Reinstated on 04/05/17 For Reason Of Satisfied . |

November 14, 2017
9:30:46 am

**District Court Of Hempstead County**

Page 1 of 2

**Docket**

**Case #:** CR-16-5945

145 Mulberry, Ozan, Arkansas 71855

**Defendant Information**

**Name:** Munn, Willie

**Attorney:**

**DOB:** 07/08/56    **Age:** 61
**Sex:** Male    **Ht:** 5.05
**Race:** Black    **Wt:** 160

**SSN:** 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
**DL #:** AR / 920119331
**Employer:** Unemployed

**HmPhone:** (870)983-2913
**WrkPhone:**

**SID:**
**NCIC:**
**FP:**

**Case Information**

**Case #:** CR-16-5945    **Filing Date:**    12/27/16    **Case Type:** Criminal    **Case Category:**    Alcohol - Non-Driving    **First Appear Date:** 04/04/17

**Charge Document Information**

**Chrg Doc#:** 1001933757
**Viol Date:** 12/21/16
**Filing Date:** 12/27/16
**Type:** Criminal Citation
**Juris:** City Of Hope
**PIN#:**
**Officer:** Perez, Thomas

**Accident:** No
**Radar:** No
**Paced:** No
**Seatbelt:** No
**Speed:** 0 / 0
**BAC:** 0.00

**Booking#:**
**Jail:**
**Release:**
**Release Date:**
**Bond Amt:** $ 0.00
**Bond Co:**
**Statute#:** 5-71-212

**Witness(s)/Victim(s)/Interpreter(s):**

**Comments:** charge off as credit for time served.  /trk/#hem00581618B

**Charge Information**

| **Chrg Doc#:** | **Chrg#** | **Cnt#:** | **Off#:** | **Charge** | **MinPayAmt** | **Plea** | **Finding** | **Disposition** |
|---|---|---|---|---|---|---|---|---|
| 1001933757 | 1 | 1 | 1 | Public Intoxication | $ 50.00 | NONE | Dismissed | Finding Entered |

**Time Pay Contract Information**

| **Contract#** | **Date** | **Start Date** | **Type** | **Description** | **Start** | **Pay by Date** | **Due** | **Mon** | **Balance** | **Status** | **Last Pay Date** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TP-17-1914 | 11/06/17 | 12/05/17 | Sentence | Fine, Cost, Fee & Restitution | 04/04/17 | | 04/04/17 | Yes | $ 410.00 | Current | |

**Order Total:** $ 205.00    **Adj Total:** $ 205.00    **Total Receipts:** $ 0.00

**Order Information**

| **Chrg Doc#** | **Chrg#** | **Date** | **Type** | **Description** | **Pay Freq** | | **Mon** | **Unit** | **T/P #** | **Qty Amt** | **Susp Qty** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1001933757 | 1 | 04/04/17 | Sentence | Fine, Cost, Fee & Restitution | Monthly | | Yes | | | $ 205.00 | $ 0.00 |

**Order Total:** $ 205.00

**Balance:** $ 0.00

**Event Information**

| **Date** | **Description** | **Chrg#** | **Date** | **Employee** | **Event Text** |
|---|---|---|---|---|---|
| 12/27/16 | Charge Document | 1 | 11/06/17 | SLJ | Charge Document# 1001933757 filed 12/27/16. Initial Assessment for $105.00 of Fine; $100.00 of Cost; for a Total Amount of $205.00. |
| 12/27/16 | Activity | | | SLJ | Initially Set for Arraignment on Tue 02/07/17 at 09:00 AM. |
| 02/14/17 | Disposition | | | JH | In Court ( Arraignment on 02/07/17 ) Judge ( Yocom, Tony) Orders Failure to Appear Warrant for Defendant. Prosecutor ( Short, Joe) present. |
| 03/28/17 | Activity | | | JH | Hearing Scheduled to 04/04/17 ( Arraignment). |
| 04/04/17 | PleaFindDispo | | | JH | In Court ( Arraignment On 04/04/17), On Chrg# 1 ( 5-71-212-Public Intoxication ). Court Dismissed This Charge For The Reason OF - No Reason Given. Finding Entered. |
| 04/04/17 | Order | | | JH | In Court ( Arraignment On 04/04/17), On Chrg#1 ( 5-71-212-Public Intoxication), Fine, Cost, Fee & Restitution Order Vacated Due To Finding Of Dismissed. Charge Off As Credit For Time Served. |
| 04/04/17 | Disposition | | | JH | Case Hearing( Arraignment on 04/04/17) Completed by presiding Judge ( Yocom, Tony). Prosecutor ( Short, Joe) present. |

November 14, 2017
9:30:46 am

Page 2 of 2

**District Court Of Hempstead County**

**Docket**

**Case #:** CR-16-5945

| 04/12/17 | Case | SR | On 3-28-17 Judge Granted Defs Petition For Time Served. Mailed Notice To Def At Omega Technical Viol Center In Malvern, Ar. |
|---|---|---|---|



I hereby certify that this is a true & correct copy of the original on file in my office.
ATTEST:
Clerk of the District Court in
Hempstead County, Hope, AR

Sherri Rateliff, Clerk

by: Deputy

Date



23

# Wadley Regional Medical Center at Hope

2001 S. Main Street
Hope, AR 71801
870-722-3800

**Discharge Instructions for:**  **Munn, Willie**

**Arrival Date:**  **Sunday, June 18, 2017**

Thank you for choosing **Wadley Regional Medical Center at Hope** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**  Cowan, Cecil, MD

**Diagnosis:**  Medical Screening Exam-Non Urgent

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| MEDICAL SCREENING EXAM, NonUrgent | Medication Reconciliation Form Hypertension |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>When: Tomorrow; Reason: Further diagnostic work-up, Recheck today's complaints, Continuance of care, Change in condition | None |
| **SPECIAL NOTES** | |
| None | |

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Patient Copy**

## FOLLOW UP INSTRUCTIONS

Private Physician
    When: Tomorrow
    Reason: Further diagnostic work-up, Recheck today's complaints, Continuance of care, Change in condition

## TESTS AND PROCEDURES

**Labs**
None

**Rad**
None

**Procedures**
Blood Sugar

**Other**
None

Manager Name and Title                    Date

_____
Manager Signature

I Concur ☑   I Do Not Concur ☐

The Charge's That Formed The Basic For The Revocation Was Later Dismissed, The Parole Officer, Mr Ren Brown, Miss Christian Williams And Their Supervisour Mr Johnson, All Denied Me Due Process of Law, And Equal Protection Of The Law. Amoung my 4th & 8th Amend I Explain That I Had Been Sick, And Been In The Hospital And My mom Need 24 Hours Care. She Had Been To The Hospital Also My mom Is Total Blind Have CANCER Also Is Total Blind. They did Not Give me time To Securte Her; When I Reported on 11-20-14 I Been Lock up every Sence. Dont Know How my mom Is Who Taked Care of Her or Any thing I am In The Nevada County Jail Serving 90 day Parole violation And Santion For what No evidence.

*24*

# MEDICAL SCREENING EXAM [Non-urgent]

You have received a medical screening exam and the results indicate that *you do not have a condition that requires urgent treatment in the Emergency Department.* Further evaluation and treatment of your condition can safely wait until you are seen in your doctor's office or a clinic. It is your responsibility to make an appointment for follow-up care.

## HANDLING NON-URGENT CONDITIONS IN THE FUTURE

1) If you have a primary care doctor:

You should call your primary care doctor before coming to the emergency department. After office hours, your doctor or his/her associate is on-call by phone. The doctor or nurse practitioner on-call may be able to give you advice over the phone to take care of the problem; otherwise an appointment can be scheduled.

2) If you do not have a primary care doctor:

Call the referral doctor or clinic shown below during office hours to make an appointment to be seen.

3) If you you do not have a primary care doctor, or you are unable to reach your doctor, and you are not sure if you are having an emergency, you may return here for a medical screening exam.

## PHONE ADVICE from the Emergency Department

We are available 24 hours a day to provide emergency care. However, it is the policy of this hospital not to give phone advice for medical conditions. If you need advice for a condition that cannot wait to be seen by your doctor, you will need to come back to this facility for an in-person evaluation by a care provider.

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

(Puede obtener una copia de este formulario en Espanol, si la pide.)          Effective Date: 8/1/2013

## Joint Notice of Privacy Practices

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**

**PLEASE REVIEW IT CAREFULLY.**

1. **Purpose:** Brim Holding Company, Inc., d/b/a Wadley Regional Medical Center at Hope and its professional staff, employees, and volunteers and all of its affiliated entities (referred to collectively as Hospital) follow the privacy practices described in this Notice. The Hospital is required by law to maintain the privacy of your medical information. This Notice describes how we may use and disclose your medical information. Not every use and disclosure in a category will be listed. Your medical information is stored electronically and is subject to electronic disclosure.

2. **Organized Health Care Arrangement.** The Hospital and its medical staff participate together in an organized health care arrangement to provide health care to you at the Hospital. This Notice applies to physicians and other members of the Medical Staff who have agreed to abide by its terms concerning the services they perform at the Hospital. This Notice does not create an agency relationship, a joint venture, or any other legal relationship between those covered by this Notice. Under this arrangement, the Hospital may share your medical information as necessary for treatment, payment and health care operations relating to the organized health care arrangement.

3. **Uses and Disclosures for Treatment, Payment, and Health Care Operations.** We will use and disclose your medical information for treatment, payment and health care operations. Treatment involves providing and coordinating your care. For example, we may disclose your information to a specialist to help diagnose or treat you. Payment involves uses and disclosures to assist in obtaining payment for our services. For example, we may disclose your information to health plans or other payors to determine whether you are enrolled with the payor or eligible for health benefits, submit claims for payment, and provide information to entities that help us submit bills and collect amounts owed. Health care operations involves our standard internal operations, such as quality assurance activities, peer review, arranging for legal services, providing appointment reminders and training.

4. **Other Uses and Disclosures Not Requiring an Authorization.** Your medical information may be used and disclosed as described below:

   - Hospital directory to anyone who asks about you by name (may include your name, general condition, and your location in the Hospital).
   - Religious affiliation and directory information to a hospital chaplain or member of the clergy.
   - Family members or close friends involved in your care or payment for your treatment.
   - A government disaster relief agency if you are involved in a disaster relief effort.
   - To inform you of treatment alternatives or benefits or services related to your health. If we receive anything of value for making these communications, we will notify you of this fact, and you will have an opportunity to opt out of future communications.
   - To contact you to raise funds for the Hospital, but information used and disclosed for fundraising will be limited to your name and other limited information permitted by law. You will have the opportunity to opt out of receiving fundraising communications.
   - As required by law.
   - Public health activities, including disease prevention, injury or disability; reporting births and deaths; reporting child abuse or neglect; reporting reactions to medications or product problems; notification of recalls; infectious disease control; notifying government authorities of suspected abuse, neglect or domestic violence (if you agree or as required by law).
   - Health oversight activities (e.g., audits, inspections, investigations, and licensure activities).

| | Account Number: | MR Number: |
|---|---|---|
| | G1729300346 | 000114348 |
| | Patient Name: MUNN, WILLIE | |
| | Admit Date: 10/20/17 | |

| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|---|
| **Wadley Regional** Medical Center **Hope** | 07/08/56 | 61Y | M | 0'0.0" | 0lbs | - | QHG | EDA | S |
| 2001 S Main St, Hope, AR 71801 | Allergies: | | | | | | | | |
| | Attending Physician Name: SHAW, MICHAEL A | | | | | | | | |

**JOINT NOTICE OF PRIVACY PRACTICE**          01    Rev. 08/2013

### Joint Notice of Privacy Practices
### (continued)

- Lawsuits and disputes (e.g., as required by a court or administrative order or in response to a subpoena or other legal process).
- Law enforcement (e.g., in response to legal process or as required or allowed by law).
- Coroners, medical examiners, and funeral directors.
- Organ and tissue donation organizations.
- Certain research projects as approved by an Institutional Review Board or if certain conditions are met.
- To prevent a serious threat to health or safety.
- To military authorities if you are a member of the armed forces.
- National security and intelligence activities.
- Protection of the President or other authorized persons or foreign heads of state, or to conduct special Investigations.
- Inmates or others in custody to a correctional institution or law enforcement
- Workers' Compensation (in compliance with applicable laws).
- To business associates (individuals or entities that perform functions on our behalf) (e.g., to install a new computer system) provided they agree to safeguard the information.

5. **Substance Abuse Information**. Alcohol and drug abuse information has special privacy protections. The Hospital will not disclose any information identifying an individual as being a substance abuse patient or provide any medical information relating to the patient's substance abuse treatment unless (i) the patient consents in writing; (ii) a court order requires disclosure of the information; (iii) medical personnel need the information to meet a medical emergency; (iv) qualified personnel use the information for the purpose of conducting scientific research, management audits, financial audits, or program evaluation; or (v) it is necessary to report a crime of a threat to commit a crime, or to report abuse or neglect as required by law.

6. **Your Authorization Is Required for Other Uses and Disclosures**. Except as described above, we will not use or disclose your medical information unless you authorize (permit) the Hospital in writing to use or disclose your information. Subject to compliance with limited exceptions, we will not use or disclose psychotherapy notes, use or disclose your health information for marketing purposes or sell your health information, unless you have signed an authorization. You may revoke your authorization, and thereby stop any future uses and disclosures, by notifying us in writing.

7. **Your Medical Information Rights**. You have the following rights regarding your medical information, provided that you make a written request to invoke the right on the form provided by the Hospital:

- **Right to request restriction.** You may request limitations on how we use or disclose your medical information for health care treatment, payment, or operations (e.g., you may ask us not to disclose that you have had a particular surgery). We are not required to agree to your request, except for requests to restrict disclosures to a health plan for purposes of payment or health care operations when you have paid in full out-of-pocket for the item or service covered by the request and when the disclosure is not required by law. If we agree, we will comply with your request unless the information is needed to provide you with emergency treatment.
- **Right to confidential communications.** You may request communications in a certain way or at a certain location, but you must specify how or where you wish to be contacted and how payment will be handled.
- **Right to inspect and copy**. You have the right to look at and obtain a copy of your medical records, billing records, and other records used to make decisions about your care. We may charge you a fee for our postage and labor costs and supplies to create the copy. Under limited circumstances, your request may be denied and you may request review of the denial by another licensed health care professional chosen by the Hospital. The Hospital will comply with the outcome of the review. If your information is stored electronically and you request an electronic copy, we will provide it to you in a readable electronic form and format.

| Account Number: | | | | | MR Number: | | | |
|---|---|---|---|---|---|---|---|---|
| G1729300346 | | | | | 000114348 | | | |
| Patient Name: MUNN, WILLIE | | | | | | | | |
| Admit Date: 10/20/17 | | | | | | | | |

| DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|
| 07/08/56 | 61Y | M | 0'0.0" | 0lbs | – | QHG | EDA | S |

Allergies:

Attending Physician Name: SHAW, MICHAEL A

**Wadley Regional** Medical Center ✚ **Hope**
2001 S Main St, Hope, AR 71801

**JOINT NOTICE OF PRIVACY PRACTICE**                    01    Rev. 08/2013

### Joint Notice of Privacy Practices
### (continued)

- **Right to request amendment.** If you believe that the medical information we have about you is incorrect or incomplete, you have the right to request that your records be amended. Under limited circumstances, the Hospital may deny your request for amendment. If denied, you will receive an explanation for the decision and information explaining your options.
- **Right to accounting of disclosures.** You may request a list of instances where we have disclosed your medical information for certain types of disclosures. The accounting will not include disclosures that we are not required to record, such as disclosures made pursuant to an authorization. The first accounting you request within a 12-month period is free, but we will charge a fee for any additional lists requested within the same 12-month period.
- **Right to a copy of this Notice.** You may request a paper copy of this Notice at any time, even if you have been provided with an electronic copy. You may obtain an electronic copy of this Notice at our website, http://www.wadleyhealthathope.com

8. **Other Obligations.** The Hospital is required by law to provide you with this Notice. We will be governed by this Notice for as long as it is in effect and are also required to comply with any federal or state laws that impose stricter standards than those described in this Notice. The Hospital may change this Notice at any time and these changes will be effective for medical information we have about you as well as any information we receive in the future. We will post a copy of the current notice in the Hospital and on our website. You may also get a current copy by contacting our Privacy Officer at the phone number at end of this Notice. We are required by law to notify affected individuals following a breach of unsecured medical information.

9. **Complaints.** If you believe your privacy rights have been violated, you may file a complaint with the Hospital or with the Secretary of the United States Department of Health and Human Services. You will not be penalized or retaliated against in any way for making a complaint to the Hospital or the Department of Health and Human Services.

**Contact the Hospital's Regional Compliance and Privacy Officer at (903) 798-8086 if:**
- **You have a complaint;**
- **You have any questions about this Notice; or**
- **You wish to obtain a form to exercise your individual rights described in section 7 of this Notice.**

| | Account Number: | MR Number: |
|---|---|---|
| | G1729300346 | 000114348 |
| | Patient Name: MUNN, WILLIE | |
| | Admit Date: 10/20/17 | |

| DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|
| 07/08/56 | 61Y | M | 0'0.0" | 0lbs | – | QHG | EDA | S |

Allergies:

Attending Physician Name: SHAW, MICHAEL A

**Wadley Regional**
Medical Center ✛ Hope
2001 S Main St, Hope, AR 71801

**JOINT NOTICE OF PRIVACY PRACTICE**          01   Rev. 08/2013

As a condition of my treatment at Wadley Regional Medical Center at Hope, I hereby agree to the following:

**1. Consent to Medical and Surgical Procedures**
The undersigned patient consents to the procedures which may be performed during emergency treatment or services, this hospitalization, or on an outpatient basis, including but not limited to laboratory procedures; MRI, ultrasound, or radiological examination (which may include the injection of IV contrast material); medical and surgical treatment or procedures; anesthesia; and hospital services rendered for the patient under general and special instructions of the patient's physicians. The patient consents to procedures involving needle sticks for laboratory testing, treatment or therapies and recognizes that such procedures include risks of bleeding, infection, infiltration, allergic reaction, or other potential injury.

**2. Nursing Care**
This hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that the patient or his/her legal representative must arrange one. The hospital shall in no way be responsible for providing such additional care, and the undersigned hereby releases the hospital from any and all liability arising from the provision or failure to provide such care, including but not limited to liability arising from negligence.

**3. Legal Relationship Between Hospital and Physicians and Their Assistants**
This hospital maintains a "Roster of Employed Physicians" which is posted and available for inspection upon request.

With the exception of those physicians specifically listed on the "Roster of Employed Physicians," I understand and agree that all physicians, including but not limited to, the emergency department physicians, attending physicians, primary care physicians, consulting physicians, hospitalists, surgeons, radiologists, pathologists, anesthesiologists, and their assistants to the physicians [Physician Assistants, (PAs); Certified Registered Nurse Anesthetists (CRNAs); Nurse Midwives; and Advanced Registered Nurse Practitioners (ARNPs)] furnishing services to the patient are independent contractors and are not employees, agents, apparent agents, or servants of or in partnership or joint venture with Wadley Regional Medical Center at Hope.

I understand and agree that no employee or agent of the hospital has advised me that any physician or their assistants providing or to provide services to me is an employee, agent, apparent agent, servant of or in partnership or joint venture with Wadley Regional Medical Center at Hope.

I have not relied upon any representations that the healthcare providers are agents or employees of Wadley Regional Medical Center at Hope is responsible for their care.

I understand and agree that the use of name tags by physicians or their assistants is for security purposes only and does not indicate that they are an employee, agent, apparent agent or servant of or in partnership or joint venture with Wadley Regional Medical Center and physicians and their assistants providing services in the hospital are independent contractors.

I further understand and agree that I am under the care and supervision of my physician(s) and their assistants and it is the responsibility of Wadley Regional Medical Center at Hope and its nursing staff to carry out the instructions of such physician(s) and their assistants.

I understand and agree that my physician(s) and their assistants provide medical services and order treatments and procedures as their judgment may deem necessary or advisable. I understand and agree that it is the responsibility of my physician(s) to obtain my informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered for me under the general and special instructions of such physician(s).

**4. Limitation of Responsibility**
I understand that physicians and their assistants, including but not limited to, physicians and their assistants not specifically chosen by me, participate in my care and treatment. I agree that Wadley Regional Medical Center at Hope may delegate health care duties and responsibilities, under law or contract, to independent physicians and surgeons,

| Account Number: | | MR Number: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G1729300346 | | 000114348 | | | | | | |
| Patient Name: MUNN, WILLIE | | | | | | | | |
| Admit Date: 10/20/17 | | | | | | | | |
| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
| | 07/08/56 | 61Y | M | 0'0.0" | 0lbs | – | QHG | EDA | S |
| | Allergies: | | | | | | | | |
| | Attending Physician Name: SHAW, MICHAEL A | | | | | | | | |

**Wadley Regional** Medical Center **Hope**
2001 S Main St, Hope, AR 71801

**Patient Admission Agreement and Consent**          618     Rev. 02-14

**4. Limitation of Responsibility (continued)**
including emergency department physicians, attending physicians, primary care physicians, consulting physicians, surgeons, radiologists, pathologists and anesthesiologists, and to assistants to the physicians [Physician Assistants (P.A.). Advanced Registered Nurse Practitioners (A.R.N.P.), and Certified Registered Nurse Anesthetists (C.R.N.A.)]. I understand and agree that the hospital may delegate any of its' responsibilities to physicians and their assistants.

I AGREE THAT THE HOSPITAL IS NOT RESPONSIBLE FOR THE CARE, ACTIONS AND OR INACTIONS OF ANY PHYSICIANS OR THEIR ASSISTANTS, INCLUDING ANY CARE, ACTION, OR INACTION THAT MAY BE CONSIDERED NEGLIGENCE. I FURTHER AGREE THAT WHEN WADLEY REGIONAL MEDICAL CENTER AT HOPE DELEGATES THESE HEALTH CARE DUTIES AND RESPONSIBILITIES; IT IS NOT RESPONSIBLE FOR THE CONDUCT OF SUCH PERSON AND THE DELEGATION WADLEY REGIONAL MEDICAL CENTER AT HOPE FROM ANY DUTY TO PROVIDE THE DELEGATED CARE, INCLUDING ANY CARE, ACTION OR INACTION THAT MAY BE NEGLIGENCE.

**5. Confidentiality of Medical Information**
The hospital will comply with the terms of its Joint Notice of Privacy Practices, which has been provided to the patient. The Joint Notice of Privacy Practices explains how the hospital may use or disclose the patient's medical information. To the extent permitted by law, the hospital will not request the patient's consent or authorization in order to use or disclose the patient's medical information for purposes of treatment, payment or health care operations. These terms are explained in the Joint Notice of Privacy Practices. When required by law, the hospital will obtain the patient's authorization prior to using or disclosing the patient's medical information.

**6. Personal Valuables**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss or damage to any money, jewelry, cell phones, documents, fur garments, dentures, eye glasses, hearing aids, prosthetics or any other personal property, unless deposited in the hospital safe. The maximum liability of the hospital for loss of any personal property which is deposited in the hospital safe is limited to five hundred dollars ($500.00) unless a written receipt for a greater amount has been obtained from the hospital by the patient.

**7. Consent to Photograph**
The hospital is permitted to take pictures or videotapes of the medical or surgical process involving the patient and to use same for scientific, medical, educational, risk management, billing or research purposes.

**8. Financial Obligations**
The undersigned further agrees, that in return for the services to be rendered for the patient, the undersigned hereby individually obligates him/her to pay the account of the hospital in accordance with the regular rates and terms of the hospital. However, if the patient is eligible to receive benefits under an insurance or health care service plan with which this hospital has contracted, the patient shall not be obligated to pay for services covered under the plans which are paid for pursuant to the contract, with the exception of any plan deductibles, coinsurance, or copayments. If any excess funds remain after payment in full of the charges for services rendered for this hospital visit, the undersigned hereby authorizes the hospital to apply such excess funds toward any other outstanding account(s) which the patient may have with hospital for any prior services rendered and for which the undersigned is responsible. Should the patient's account become delinquent and be referred to any attorney or collection agency for collection, the undersigned shall pay reasonable attorney's fees and collection expenses. All delinquent accounts may be charged interest at the maximum rate allowed by law.

This hospital maintains a list of the health care service plans with which it has contracted to provide services to patients. A list of such plans is available upon request from the hospital business office. The hospital has no contract, express or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full rates and charges of all services rendered to him/her by the hospital if he/she belongs to a plan which does not appear on the above mentioned list.

| | | | | Account Number: | | MR Number: | | |
|---|---|---|---|---|---|---|---|---|
| | | | | G1729300346 | | 000114348 | | |
| | | | | Patient Name: MUNN, WILLIE | | | | |
| | | | | Admit Date: 10/20/17 | | | | |
| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
| | 07/08/56 | 61Y | M | 0'0.0" | 01bs | – | QHG | EDA | S |
| | Allergies: | | | | | | | | |
| | Attending Physician Name: SHAW, MICHAEL A | | | | | | | | |

**Wadley Regional** Medical Center ✦ **Hope**
2001 S Main St, Hope, AR 71801

**Patient Admission Agreement and Consent**    618    Rev. 02-2014

**8. Financial Obligations** (continued)
The undersigned authorizes and appoints the administrator of this hospital, or his/her successor/designee, to act as attorney-in-fact to take measures on behalf of the patient as may be necessary to collect insurance benefits pursuant to 29 CFR 2560.503-1 and/or elect COBRA benefits available to the patient pursuant to 29 CRF Part 2590. A photocopy of this authorization shall be considered as effective and valid as the original.

By signing, the patient or their legal representative consents to the release of any information from the patient's medical record and billing record that may be needed by third party payors and agents of the hospital for payment of hospital and physician charges.

**9. Assignment of Insurance or Health Plan Benefits to Hospital**
The undersigned assigns to this Hospital, my physician or other healthcare professionals involved in my care, and hereby authorizes, whether he/she signs as agent or as patient, direct payment to the hospital of all insurance, Medicare, Medicaid or other programs that I identify for which benefits may be available and payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services if rendered, at a rate not to exceed the hospital's regular charges. I agree to cooperate and provide information as needed to establish my eligibility for such benefits. It is understood by the undersigned that he/she is financially responsible for all charges not covered by this assignment (hospital and/or physician) until bills are paid in full and for the balance of charges not covered by insurance. It is understood by the undersigned that physicians and other providers bill separately from the hospital and that he/she is financially responsible for all charges not covered by this assignment (hospital and/or physician) until bills are paid in full and for the balance of charges not covered by insurance.

**10. Medicare Patient's Release of Information**
I certify that the information given by me in applying for payment under Title 18 of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request that payment of authorized benefits be made in my behalf. I assign payment for any unpaid charges for which the hospital is authorized to bill in connection with its services. I understand that I am responsible for any remaining balance not covered by other insurance.

**11. Financial Responsibility Agreement by Person Other Than the Patient or the Patient's Legal Representative**
I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Obligations (Paragraph 8) and Assignment of Insurance or Health Plan Benefits (Paragraph 9 and 10) set forth above.

**12. Hospital Teaching Facility**
Patient acknowledges that the Hospital may be a teaching hospital and as such the training of physicians, residents, medical students, nurses and other health care personnel may take place at the Hospital. Patient understands that nurses, physicians and other health care personnel in training may participate in patient care or in the operation of special diagnostic or therapeutic procedures under a supervising physician or surgeon, and Patient hereby consents thereto.

**13. Notification of Safe Environment Policy**
The Hospital's obligation to provide a safe environment for patient care must override the patient's right to privacy. Weapons or other dangerous objects and drugs not prescribed by your physician are not permitted in this facility. The patient agrees to permit the Hospital to search the patient's belongings and room upon reasonable and probable cause. Substances not prescribed by or on behalf of the patient's physician and dispensed by the Hospital during the patient's current stay will be destroyed.

**14. Sitter Services**
The hospital provides only general duty nursing care unless, on orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a sitter, it is agreed that such must be arranged and paid for by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide sitter services or the costs associated with providing sitter services and is hereby released from any and all liability if said patient is not provided with such additional care.

**15. CareView System Authorization**
I have been advised that the CareView monitoring system is in use in some of the rooms at this facility and may be operational during my hospital stay. CareView allows health care professionals to monitor all bedside activity for secure viewing at the nurses station. The CareView System is Health Insurance Portability and Accountability Act (HIPAA) compliant with secure servers, multiple firewalls, 128-bit encryption and a complete audit trail.

| Account Number: | MR Number: |
|---|---|
| G1729300346 | 000114348 |

Patient Name: MUNN, WILLIE

Admit Date: 10/20/17

**Wadley Regional** Medical Center ❖ **Hope**

2001 S Main St, Hope, AR 71801

| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|---|
| | 07/08/56 | 61Y | M | 0'0.0" | 0lbs | – | QHG | EDA | S |

Allergies:

Attending Physician Name: SHAW, MICHAEL A

**Patient Admission Agreement and Consent**            618    Rev. 03-2014

Page 1 of 3

## PATIENT RIGHTS AND RESPONSIBILITIES

You are entitled to these rights regardless of gender, race, color, age, sexual orientation, national origin, handicap, religion, cultural, economic, or educational background or the source of payment for your health care. All your rights as a health care consumer also apply to the person who may have legal responsibility to make decisions regarding your health care.

The following statement of Patient Rights has been adopted by the medical staff. As a patient you have the right to:

### Patient Rights

1. Considerate and respectful care in a setting providing personal privacy.
2. Be treated in a dignified and respectful manner.
3. The hospital's reasonable response to your requests and needs for treatment or service, within the hospital's capacity, its stated mission, and applicable law and regulation.
4. Effective communication, including interpretation and translation services, as necessary.
5. Care that is considerate and supportive of your personal values and beliefs.
6. A clean, safe, secure and pleasant environment that preserves your dignity and contributes to a positive self-image.
7. Consideration of psychosocial, spiritual, and cultural issues that influence your opinions of illness.
8. Respect to cultural and personal values, beliefs and preferences.
9. Access to community religious and spiritual leaders.
10. Optimization of comfort and dignity of the dying patient, including treatment of primary and secondary symptoms that respond to treatment as desired by you or your surrogate decision maker, and effective pain management.
11. Acknowledgement of you and your family's psychosocial and spiritual concerns regarding dying and you and your family's expression of grief.
12. Have knowledge of the name of the physician who has primary responsibility for coordinating your care and the names and professional relationships of other physicians and health care providers who will see you as a patient.
13. Have a family member or your designated representative and your own physician notified promptly upon your admission to the hospital. If you so desire.
14. Receive information from the physician about your illness, your course of treatment and your prospects for recovery in terms that you or your representative can understand.
15. Receive as much information about any proposed treatment or procedure as you or your designated representative may need in order to give informed consent or to refuse the course of treatment, and to make treatment decisions that reflect your wishes. Except in emergencies, this information shall include a description of the procedure or treatment, the medically significant risks involved in the treatment, alternate course of treatment or non-treatment and the benefits involved in each and to know the name of the person who will carry out the procedure or treatment.
16. Participate actively in decisions regarding your medical care. To collaborate with your physician and other health care providers in the decision making process involving your health care. To the extent permitted by law, this includes the right to refuse care, treatment and services.
17. Accept medical care or to refuse treatment to the extent permitted by law and to be informed of the medical consequences of such refusal.
18. Personal privacy and confidentiality of information, within the limits of the law.
19. Full consideration of privacy concerning your medical care program. Case discussion, consultation, examination and treatment are confidential and should be conducted discretely. You have the right to be advised as to the reason for the presence of any individual.
20. Confidential treatment of all communications and records pertaining to your care and your stay in the hospital. Your written permission will be obtained before your medical records can be made available to anyone not directly concerned with your care.



| Account Number: | | | | | MR Number: | | | |
|---|---|---|---|---|---|---|---|---|
| G1729300346 | | | | | 000114348 | | | |

Patient Name: MUNN, WILLIE

Admit Date: 10/20/17

| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|---|
| | 07/08/56 | 61Y | M | 0'0.0" | 0lbs | – | QHG | EDA | S |

**Wadley Regional** Medical Center ✣ **Hope**

2001 S Main St, Hope, AR 71801

Allergies:

Attending Physician Name: SHAW, MICHAEL A

21. Access, request amendment to, and obtain information on disclosures of your health information, in accordance with law and regulation.

22. Have your level of pain assessed and interventions provided if necessary.

23. Leave the hospital even against the advice of your physician.

24. Reasonable continuity of care and to know in advance the time and location of appointment as well as the physician providing your care.

25. Be advised if the hospital or your personal physician proposes to engage in or perform human experimentation affecting your care or treatment. You or your designated representative have the right to refuse to participate in such research projects, and to be informed of any human experimentation or other research or educational projects affecting your care or treatment.

26. Be informed by your physician or a delegate of your physician of the continuing healthcare requirements following your discharge from the hospital.

27. You or your designated representative know which hospital rules and policies apply to your conduct while you are a patient.

28. Receive, at the time of admission, information about the hospital's patient rights policy and the mechanism for the initiation, review and when possible, resolution of patient complaints concerning the quality of care received.

29. Notice of non-coverage to be provided, if indicated, upon determination of eligible benefits coverage.

30. Full participation by you or your representative in the consideration of ethical issues that arise during your care. Ethical issues in health care will be resolved by the hospital.

31. Access to the information contained in your medical record, within the limits of the law.

32. The right of your guardian, or your next of kin, or legally authorized responsible person to exercise, to the extent permitted by law, the rights delineated on your behalf if you have been adjudicated incompetent or found by your physician to be medically incapable of understanding the proposed treatment or procedure, or you are unable to communicate your wishes regarding treatment, or you are a minor, in accordance with the law.

33. Have practitioners and staff provide care that is consistent with the patient's advanced directives if a valid copy is supplied to the hospital.

34. Voice grievances with respect to treatment or care that is furnished (or fails to be furnished) without fear of discrimination or reprisal for voicing grievances.

35. Receive care in a safe setting, free from all forms of abuse or harassment.

36. Receive a notice of beneficiary discharge rights and to appeal premature discharge.

37. Receive information in a manner and form that can be understood.

38. Have or obtain an advance directive that authorizes an agent or surrogate to make decisions on your behalf to the extent permitted by law. Advance directives are written instructions recognized under state law relating to the provision of health care when individuals are unable to communicate their wishes regarding medical treatment. This includes the following documents: medical power of attorney for heath care, a written or verbal statement (a living will), or some other form of instruction recognized under state law specifically addressing the provisions of health care.

39. Have the advance directive in the patient's medical record and shall be reviewed periodically with the patient or surrogate decision maker if the patient has executed an advance directive.

40. Provision of care not conditioned on the existence of an advance directive.

41. Visitation not restricted, limited, or otherwise denied based on: race, color, national origin, religion, sex, gender identity, sexual orientation, or disability.

| | Account Number: G1729300346 | | | | | MR Number: 000114348 | | |
|---|---|---|---|---|---|---|---|---|
| | Patient Name: MUNN, WILLIE | | | | | | | |
| | Admit Date: 10/20/17 | | | | | | | |
| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
| | 07/08/56 | 61Y | M | 0'0.0" | 0lbs | - | QHG | EDA | S |
| | Allergies: | | | | | | | | |
| | Attending Physician Name: SHAW, MICHAEL A | | | | | | | | |

**P T R H T**

**Wadley Regional**
Medical Center ✦ Hope
2001 S Main St, Hope, AR 71801

PATIENT RIGHTS AND RESPONSIBILITIES

IASIS_00097    Rev. 08-2017

42. Be informed of any clinically necessary or reasonable restrictions or limitations that the hospital may need to place on visitation rights and the reasons for the clinical restrictions or limitations.
   a. Patient or support person be informed of his or her visitation rights, including any clinical restriction or limitation on such rights, when he or she is informed of his or her other rights under this section.
   b. Patient or support person be informed of the right, subject to his or her consent, to receive the visitors whom he or she designates, including, but not limited to, a spouse, a domestic partner (including a same sex domestic partner), another family member, or a friend, and his or her right to withdraw or deny such consent at any time.
   c. Not restrict, limit, or otherwise deny visitation privileges on the basis of race, color, national origin, religion, sex, gender identity, sexual orientation, or disability.
   d. Expect visitors to enjoy full and equal visitation privileges consistent with patient preferences.
43. A family member, friend, or other designated individual, who may or may not be your surrogate decision-maker or legally authorized representative, is allowed to be present with you for emotional support during your course of stay unless the individual's presence infringes on others' rights, safety, or is medically or therapeutically contraindicated.
44. Have the right to request and receive an itemized and detailed explanation of your total bill for services rendered in the hospital; regardless of the source of payment.
45. Pneumococcal vaccines are available for administration to adults age 65 and older who are admitted to the hospital for at least 24 hours. If you would like to receive a pneumococcal vaccine, please inform your nurse or physician, and your physician will determine if the vaccine is in your best interest during your hospital stay.

## Patient Responsibilities

Along with your rights as a patient come responsibilities to ensure the high quality health care that you deserve. As a patient at **Wadley Regional Medical Center at Hope**, you have the responsibility to:

1. Provide, to the best of your knowledge, accurate and complete information concerning your present complaints, past illnesses and hospitalizations, and other matters relating to your health.
2. Make it known whether you clearly comprehend your course of medical treatment and what is expected of you. You are encouraged to ask questions necessary for a clear understanding of any course of action and what to expect. If your nursing staff is unable to answer questions to your satisfaction, your personal physician will be notified to explain any questions that you may have.
3. Report unexpected changes in your condition to your physician or nurse.
4. Follow both the treatment plan recommended by your physician and the hospital's rules and regulations affecting your care and conduct, including the instructions of nurses and other health professionals as they carry out your physician's orders.
5. Accept responsibility for your actions should you refuse treatment or should you choose not to follow your physician's orders.
6. Show consideration of the rights of other patients and hospital personnel and for your behavior in the control of noise, smoking and number of visitors.
7. Show respect for your personal property, as well as the property of others and that of the organization.
8. Assure that the financial obligations for your health care are fulfilled as promptly as possible.
9. Follow the established policies and procedures of **Wadley Regional Medical Center at Hope**.

## How to File a Complaint

Should you or your family members experience concerns about the care you are receiving, you may voice these concerns to the nurse or call Hospital Administration at 870-722-3800, Monday through Friday, 8 a.m. to 5 p.m. If you need to reach someone after hours or on weekends during your stay, you may contact the house supervisor by dialing 1070. We encourage you to voice your opinion regarding the care you have received, and we welcome your comments.

If you have a patient care or safety concern that has not been resolved by the hospital staff, you are encouraged to contact Administration at 2001 South Main Street, Hope, Arkansas 71801. If your concern is not resolved by hospital administration you may call the Arkansas Department of Health at 501-661-2201, or the Center for Medicare and Medicaid Services at 1-800-633-4227.

Notifying DNV Office of Quality Monitoring - Hospital Complaints may also be submitted by e-mail; hospitalcomplaint@dnvgl.com, phone 866-496-9647, fax 513-947-1250, or postal mail: ATTN: Hospital Complaint, DNV GL - Healthcare, 400 Techne Center Dr. Suite 100, Milford, OH 45150

| | Account Number: | MR Number: |
|---|---|---|
| | G1729300346 | 000114348 |
| | Patient Name: MUNN, WILLIE | |
| | Admit Date: 10/20/17 | |

| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|---|
| | 07/08/56 | 61Y | M | 0'0.0" | 0lbs | - | QHG | EDA | S |
| Allergies: | | | | | | | | | |
| Attending Physician Name: SHAW, MICHAEL A | | | | | | | | | |

**Wadley Regional** Medical Center ✙ **Hope**

2001 S Main St, Hope, AR 71801

PATIENT RIGHTS AND RESPONSIBILITIES

IASIS_00097    Rev. 08-2017

# PATIENT PORTAL

www.MyWadleyAtHope.com

## *Your Online Gateway* to Health Information

*Connecting Patients, Providers and Communities Through Technology*



## *How the Portal Works for You*

### Available at Your Convenience
We understand your time is valuable. The portal makes time-consuming tasks simple... a few clicks, and you're done.

- Access health information online, versus over the phone or in person
- Pay your bills online
- Send secure billing questions
- View some test results

### You Choose the When and Where
Access the portal on your schedule at home, on vacation or on the go.

- Access the Portal from anywhere using an Internet browser on your smartphone or tablet
- Offers 24/7 secure access to your health information

### Keep the Most Important People in the Loop
You can connect with your providers and keep your family informed at the same time.

- Exchange messages with your healthcare provider between visits
- Give authorized family members access to your health information

**1** **REQUEST ACCESS**
To begin the Patient Portal enrollment process, please speak with one of our hospital registration staff members, or if you are at one of our participating physician practices, you can speak to someone at the front desk. During this process you will be asked to provide your email address so that we may send you your personalized email invitation.

**2** **CHECK YOUR EMAIL**
Once you get home, check your email for your invitation. If you don't see the invite in your inbox, please check your spam or junk folder. In order to ensure you receive all future emails, please add the email address as an approved sender in your email application.

**3** **ONLINE ENROLLMENT**
The email invitation that you receive will contain step-by-step instructions for enrolling in the portal. There are three main options listed in the email, please make sure you select the one that is appropriate to your situation.



Sign Up for the Patient Portal Today!

844-246-0479
www.MyWadleyAtHope.com
www.patientportalhelp.com

---

| | Account Number: | MR Number: |
|---|---|---|
| | G1729300346 | 000114348 |
| | Patient Name: MUNN, WILLIE | |
| | Admit Date: 10/20/17 | |



**Wadley Regional** Medical Center **Hope**
2001 S Main St, Hope, AR 71801

| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|---|
| | 07/08/56 | 61Y | M | 0'0.0" | 0lbs | – | QHG | EDA | S |

Allergies:

Attending Physician Name: SHAW, MICHAEL A

**PATIENT PORTAL ACKNOWLEDGMENT**

IASIS_PATPOR_10101    03-2015

Billing Procedures:

If you do not have health insurance, estimated hospital charges are due at the time of service. As a consumer, you have the right to request a list of facility-based physicians with privileges to practice at this facility.You also have the right to ask facility-based physicians about their network status.

If you have health insurance, the hospital will bill your insurance for charges in excess of your co-pay, deductible, and/or co-insurance which are due at time of service.

In 3-5 days following your discharge from the hospital, a claim will be sent to your insurance company. After receiving this claim, the insurance company may contact you for more information. Your prompt response will assist your insurance company in processing your claim in a timely manner.  The insurance company should pay your claim in 30-45 days. After we receive your insurance payment, we will provide you with a statement showing the insurance payment and any amount you may owe. Your insurance policy is a contract between you and your insurance company. If you did not follow your insurance plan's terms, your insurance company may not pay for all or part of your care. We will work directly with your insurance company to process your hospital bill in a timely manner. However, we may ultimately request your assistance.

In addition to the hospital charges, you may receive separate bills from consulting physicians who participated in your care. These physicians are separately contracted and may not be network providers for your healthcare plan. Their billing offices include, but are not limited to, the list below. This contact information is provided for your convenience as they are available to assist you with any questions you have related to network participation and physician billing.

**Hospital Physician Partners**
PO Box 975213
Dallas, TX  75397
877-693-5600

**Pathology**
Ameripath Texarkana
5409 Plaza Drive
Texarkana, TX  75503
903-223-5200

**Radiology**
Texarkana Radiology
PO box 1323
Indianapolis, IN  46206
800-517-4719

If you have questions regarding your hospital bill, please contact our Business Office at 903-798-7700 option #2.

Thank you for choosing Wadley Regional Medical Center at Hope.

| | Account Number: | MR Number: |
|---|---|---|
| | G1729300346 | 000114348 |
| | Patient Name:MUNN, WILLIE | |
| | Admit Date: 10/20/17 | |

| | DOB | Age | Sex | HT | WT | RM-BD | PT | Svc | FC |
|---|---|---|---|---|---|---|---|---|---|
| | 07/08/56 | 61Y | M | 0'0.0" | 01bs | – | QHG | EDA | S |
| Allergies: | | | | | | | | | |
| Attending Physician Name: SHAW, MICHAEL A | | | | | | | | | |

* P A S *

Disclosure Letter

117_26101    Rev. 07/2016

26

# Affidavit Power of Attorney

Comes Now Mary Eliza Munn, Being
Of Sound Mind And Body, hereby Give
my Son Willie Munn Power of Attorney
To Handle All my Legal And Personal
Affairs

Mary Munn

Mary Munn

Willie Munn

Subscribed And Sworn To Before me A
Notary public This ___19th___ Day Of __Feb__ 2014

___12-1-2016___
my comm Exspires

Judy Lee Flowers
Notary public

\*  CERTIFICATE OF RECORD
Doc# L20140471
Page 1 of 1
Filed: 3/3/2014 12:03:54 PM
Official Records of
State of Arkansas
Hempstead County
Gail Wolfenbarger
Circuit Clerk & Recorder

By Janne Phillips     D.C.



Perpaired By Willie Munn
114 Hempstead 58
Ozan Ark 71855
870 983-3620
876-826-3358

2 7

Att Mr Scott Howard

Jennifer Rowe

C/O Wadley Rural Health Clinic

302 Bill Clinton Dr. Suite B

Hope, AR 71801

To whom it may concern:

Mrs Mary Munn is a patient of mine at the clinic and is legally blind and elderly. Mrs Munn lives by herself in Hope, Arkansas. Mrs Munn has multiple comorbidities that cause her to need 24 hour supervison. Patient uses walker and cane for ambulation assistance and is a very high risk for falls due to comorbidities and blindness. Patient has in home HH services but they only come once a week and this is not enough to maintain safety in home. I strongly feel patient needs 24 hour care and is a danger to be left in her home alone without 24 hour care.

Thanks

Jennifer Rowe CNP

28  Att Mr Scott Howard

## PEARSON EYE INSTITUTE

H. Lewis Pearson, M.D.

3211 Sugar Hill Road • Texarkana, Arkansas 71854

Ph. 870-772-4440 • Fax 870-772-7190 • 1-800-662-1645

Willie Munn
_____

**HAS AN APPOINTMENT ON**

| 14 | 11 | 2017 |
|----|----|------|
| DAY | MONTH | DATE |

AT $ _____ AM   1:45   (PM)

IF UNABLE TO KEEP AN APPOINTMENT KINDLY GIVE 24 HOURS NOTICE
PLEASE NOTE THAT YOUR APPOINTMENT COULD LAST ANYWHERE FROM 2-4 HOURS
DEPENDING ON THE NATURE OF YOUR VISIT

### Map & Driving Directions



(870) 772-4440 • 3211 Sugar Hill Road, Texarkana, AR 71854
(Intersection of Sugar Hill Road and Loop 245 North)

(870) 777-8215 • 1820 South Main, Hope, AR 71801

(870) 845-2821 • 115 West Howard Street, Nashville, AR 71852

(870) 887-3680 • 204 East 2nd, Prescott, AR 71857

Or Call Toll Free 1-800-662-1645

Hours of Operation: Monday-Friday, 8 am to 4:30 pm
Saturday & Sunday Closed

Any Question please Call.

870-722-2200

Thank you

Josey

Willie Munn, 080042    11-27-17    29

Appeal From 11-27-17

Parole Revocation hearing Where my Parole
Was Revoked, with No Evidence That
I did Any Thing Wrong; No State
Crime Lab Test That I Was Postive
For Any Drug'S I Take medication
That off set The machine I Never Fail To
Report, I might have Reported on Another
Day Because I Take Care of my mom who have
Cancer And Total Blind. See Attach Doctor
Report, She Need me Every Day; The medication
I Take will Show Postive Drugs Test's
But They Never Had Any In my Filed's
They Gave me A 7 day Sanction Then
Took me To A Revocation And Sentence
me Again, That Double Jeoprody
Violate my 5th Amendment;
8th And 14th Amend of The Constitution

1

Due process of Law, Wollf Vs IL Dont al say You Can't Write A Complaint And Sit In objected on Your On Complaint, Miss Christian D Williams Wrote her Complaint, And Sit There And Talk To The Hearing Judge on her own Complaint, No No Officer or Police tistify; No postive Lab Report, Just Arbartary And Conjucture Statements Iam bisable And I Help mY mom With her Bill's We Sont have Enought moneY To paY our TiedS In Church! I Use To Be Excempt From Fees, mY mom Name Is MarY Eliza Munn; Give her A Call And AsK Her, About me Helping And Taken Care Of Her, 870-985-3020 If I staY Here TheY might Have To Admit Her To A Nursing Home, I was Sick Went To The Hospital TheY Admitted me, I Explain To The Hearing Judge That I was Sick I AlwaY's Call When I Can't Come on The Date That was Set.

2

I can't see I Need my eyes fix while
I am Here These 90 day, Also I need
my colon fix, They was Looking Into
All of That Before I was Violated;
I have A Appointment for my eye's And
my colon. They keept me In The Hospital
3 day's Iam sitting In A Jail for 90 day's
sick, No proper medical care Attion or Treatment
For what. They say Report's Fee's postive Drug
Test What was The 7 day for on 11-20-17
Then 90 day on 11-27-17 That punishment Twice
For The Same Thing; But where Is The
evidence By some one Netural To support
The Allgations; where The police Report,
Why The police was Not at my pardle
Hearing; where The Breath Test For
Alochol, where The uren Test, How was
It sent To The crime Lab. Did They
every sent one; Your uren sit In
A Ice Box unAttented For week's
Before sent off. some Never Be sent
please Re Instate me Let me go Take care my Mom

2

Willie Munn
209 East 3rd street South
Prescott Arkansas
71857

Return To File mart copy

Receiwed
12/7/2017

Unite
Weste
Texar
500
Tex